**Jacqueline W. DAVIS,
Plaintiff–Appellant,**

v.

**Margaret M. HECKLER,
Defendant–Appellee.**

**No. 85–2867.**

United States Court of Appeals,
Ninth Circuit.

Sept. 1, 1989.

Before FERGUSON and LEAVY, Circuit Judges, and WILSON *, District Judge.

The opinion filed February 13, 1989, is withdrawn.